EMERGENCY MOTION FOR AN
ORDER DIRECTING THE BOP
TO PRESERVE EVIDENCE OF
SEXUAL ABUSE AGAINST MS. NASH

FILED
APR 11 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Ms. Nash was subject to a series of back-to-back rapes at the Federal Transfer Center - Oklahoma. Nonetheless, and despite his obligation to do so, the BOP investigator vowed to "destroy all evidence" For these reasons, Ms. Nash request that the court issue an order requiring the BOP to preserve all evidence of sexual abuse — blood, bodily fluids, clothing, and hair.

1.) Between 3-11-2025 and 3-12-2025 Ms. Nash was repeatedly raped by three different inmates. There is physical evidence that, if subjected to DNA testing, will prove the BOP failed to ensure Ms. Nash's safety. Nonetheless, the BOP officer admitted that he would cover-up the incidents stating "people can lose their jobs" and "we protect our own".

2.) The BOP officer — in order to silence, discredit, and intimidate Ms. Nash - threatened Ms. Nash with false incident reports, refused to provide a victim advocate, and physically assaulted Ms. Nash — he allowed the elevator door to slam into mr. nash while she was handcuffed and being escorted to the interview room. He stated "we protect our own". This approach to Ms. Nash and her claims create the appearance that the BOP investigator is bias against Ms. Nash. For all these reasons, the court should grant Ms. Nash's request for an order preserving evidence

X _____ Pro-se.