**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DARNELL NASH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No. CIV-25-419-R** |
| | ) |
| **FNU LNU, FEDERAL TRANSFER** | ) |
| **CENTER WARDEN,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Plaintiff Darnell Nash, a prisoner proceeding *pro se*, filed a Complaint asserting constitutional violations [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 4]. Judge Mitchell issued a Report and Recommendation [Doc. No. 7] recommending dismissal without prejudice for failure to follow the Court's rules and orders.

Judge Mitchell informed Plaintiff of the right to object to the Report and Recommendation, and advised that failure to object by June 2, 2025, would result in waiver of the right to appellate review of the factual and legal questions contained therein. *Id*. at p. 3.

To date, neither an objection nor a request for an extension of time to object to the Report and Recommendation has been filed. With no objection filed within the time prescribed, on *de novo* review, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of June, 2025.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**